**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02171-BNB

RANDY KAILEY,

    Plaintiff,

v.

BILL RITTER JR., Governor of Colorado, In his Individual and Official Capacity, et al.,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the Plaintiff's Motion for Severance (Doc. No. 22) filed on January 21, 2011.  Plaintiff's Motion is DENIED as unnecessary.

Dated:  January 24, 2011